UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case No. 1:22-cr- 27-SE-01 |
| v. | ) | |
| | ) | |
| BRIAN WOODBURN | ) | |
| | ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT ONE
**[18 U.S.C. §§ 922(g)(1), 924(a)(2)**
**Possession of a Firearm by a Prohibited Person]**

On or about July 13, 2021, in the District of New Hampshire, the defendant,

**BRIAN WOODBURN**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one of the following in and affecting interstate and/or foreign commerce:

- A firearm, namely, a Canik55, model TP9, 9mm caliber pistol, bearing serial number 12A104251;

- Two rounds of Winchester 9mm caliber ammunition bearing headstamp "WIN 9MM Luger"; and

- Twelve rounds of Sig Sauer 9mm Caliber ammunition bearing the headstamp "SIG 9mm LUGER."

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense listed above in Count One.

A TRUE BILL

Dated:  March 7, 2022

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

JOHN J. FARLEY
United States Attorney

By:    /s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney